UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT,                                    No. C-12-05549 DMR

       Plaintiff(s),                              **ORDER OF RECUSAL**

  v.

EL CERRITO GALLERIA,

       Defendant(s).
_____/

This court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: April 18, 2013

_____
DONNA M. RYU
United States Magistrate Judge