United States District Court
Northern District of California

| | |
|---|---|
| MARSHALL LOSKOT and YVONNE WILLIAMS,<br><br>            Plaintiffs,<br><br>v.<br><br>EL CERRITO GALLERIA; CAROLYN GAN, Trustee of THE TRUST OF PAUL GAN and CAROLYN GAN, dated 12/16/91; DEANNA MICHELLE GAN; KRISTIN A. GAN; TERESA GAN HAVTON; SANDRA COLLEEN GAN; INDER P. PAHWA; and SATINDER K. PAHWA,<br><br>            Defendants. | Case No.: CV 12-05549-KAW<br><br>ORDER VACATING MOTION HEARING ON PLAINTIFFS' MOTION FOR SERVICE BY PUBLICATION ON DEFENDANTS CAROLYN GAN, Trustee of THE TRUST OF PAUL GAN and CAROLYN GAN; DEANNA MICHELLE GAN; KRISTIN A. GAN; TERESA GAN HAVTON; AND SANDRA COLLEEN GAN<br><br>(Dkt. No. 13) |

On October 28, 2013 Plaintiffs Marshall Loskot and Yvonne Williams filed a motion to serve the summons and complaint on Defendants Carolyn Gan, Trustee of THE TRUST OF PAUL GAN and CAROLYN GAN, dated 12/16/91; Deanna Michelle Gan; Kristin A. Gan; Teresa Gan Havton; and Sandra Colleen Gan by publication. Upon review of the moving papers, and, in accordance with Civil L.R. 7-1(b), the matter is deemed suitable for disposition without oral argument. The December 5, 2013 hearing date is hereby VACATED, and the pending motion will be decided on the papers.

    IT IS SO ORDERED.

Dated: November 26, 2013

                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge