UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EL CERRITO GALLERIA, et al., <br><br> Defendants. | Case No. 12-cv-05549-KAW <br><br> **ORDER REQUIRING STATUS REPORT** |

On March 23, 2015, the parties attended an ADR phone conference with Howard Herman. As there have been no further filings in this case, Plaintiffs shall file a status report on or before October 7, 2015.

IT IS SO ORDERED.

Dated: September 10, 2015

*[signature]*
KANDIS A. WESTMORE
United States Magistrate Judge