THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   (415) 444-5800
Facsimile:    (415) 674-9900
tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs
MARSHALL LOSKOT
and YVONNE WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT; and YVONNE WILLIAMS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EL CERRITO GALLERIA; CAROLYN GAN, Trustee of THE TRUST of PAUL GAN and CAROLYN GAN, dated 12/16/91; DEANNA MICHELLE GAN; KRISTIN A. GAN; TERESA GAN HAVTON; SANDRA COLLEEN GAN; INDER P. PAHWA; and SATINDER K. PAHWA,<br><br>　　　　Defendants. | CASE NO. CV-12-5549-KAW<br><br>**STIPULATION OF DISMISSAL and [PROPOSED] ORDER THEREON** |

　　　　Plaintiffs MARSHALL LOSKOT and YVONNE WILLIAMS, and defendants INDER P. PAHWA and SATINDER K. PAHWA, by and through their attorney of record and/or respectively, hereby stipulate to dismiss this action in its entirety without prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and Releases In Full ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.

1  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to
2  retain jurisdiction over enforcement of settlement agreements).
3       Therefore, IT IS HEREBY STIPULATED by and between Plaintiffs MARSHALL
4  LOSKOT and YVONNE WILLIAMS, and defendants INDER P. PAHWA and SATINDER K.
5  PAHWA to this action through their designated attorney and/or respectively that the above-
6  captioned action become and hereby is dismissed without prejudice pursuant to Federal Rules of
7  Civil Procedure 41(a)(2).
8       This stipulation may be executed in counterparts and have the same force and effect as
9  though all signatures are on the same and/or consecutive pages.  Photocopies and facsimile shall
10 have the same force and effect as originals.

12 Dated: September 17, 2015    THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*

14                              By: /s/ Thomas E. Frankovich
                                    Thomas E. Frankovich
15                              Attorney for MARSHALL LOSKOT; and
16                              YVONNE WILLIAMS

17                              INDER P. PAHWA
18 Dated: 9/21, 2015

20                              By: /s/ Inder P. Pahwa
                                    INDER P. PAHWA

23 Dated: 9/21/, 2015             SATINDER K. PAHWA

26                              By: /s/ Satinder K. Pahwa
                                    SATINDER K. PAHWA

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 9/25, 2015

*Kandis Westmore*

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge of California